# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**LYNWOOD N. WRIGHT, et al.**                                                               **PLAINTIFFS**

**VS.**                                                                      **CIVIL ACTION NO. 2:08CV3–P-A**

**LIFE INVESTORS INSURANCE COMPANY**                                           **DEFENDANTS**

## ORDER

THIS CAUSE came on for consideration on the Plaintiffs' Motion [#205] to Seal Previously Filed Exhibits. Having considered the Motion and being fully advised on the premises, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion [#205] to Seal Previously Filed Exhibits is granted. The Clerk of this Court shall seal the following filed documents:

1. Exhibit C **[#191- 4]** to the Plaintiffs' Motion [#191] to Strike Defendant's Expert Witnesses, Glenn Alan Melnick & Marc Chapman;

2. The following documents filed as Exhibits to Plaintiffs' Supplemental Materials [#193] in Support of Motion for Partial Judgment on the Pleadings or in the Alternative for Partial Summary Judgment:

    A.   Exhibit C **[#193-4]**; and

    B.   Deposition Exhibits 3 through 6, and 10 through 24 **[#193-11, 193-14, 193-15, 193-16]** to the Connie Whitlock Deposition, filed as Exhibit D to the Supplemental Materials [#193].

3. The following documents filed as Exhibits to Plaintiffs' Materials in Support [#203]

of Memorandum in Opposition to Life Investors Insurance Company of America's Motion for Partial Summary Judgment:

A. Exhibit C **[#203-4]**;

B. Exhibit J **[#203-14]**;

C. Exhibit N **[#203-18]**;

D. Exhibit O **[#203-19]**;

E. Exhibit Q **[#203-22]**;

F. Exhibits 7 through 13 **[#203-28]** to the Deposition of Mark Edwards, filed as Exhibit T to Plaintiffs' Materials in Support [#203];

G. Exhibit U **[#203-30, 203-31]**; and

H. Exhibit Y **[#203-35]**.

SO ORDERED this, the 6th day of April, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

By: Jason Nabors
Jason L. Nabors, Esq. MSB#101630
SMITH, PHILLIPS, MITCHELL SCOTT & NOWAK, LLP
P. O. Drawer 1586
Batesville, MS  38606
Tel:  (662) 563-4613
Fax:  (662) 563-1546
ATTORNEY FOR THE PLAINTIFFS